35 A.3d 3

**Dontate MITCHELL, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 97 EM 2011.**

Supreme Court of Pennsylvania.

Jan. 9, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of January, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's motion for credit for time served within 60 days.